## RECONSIDERATION DOCKET

**97–2200.   Hillyer v. Great Am. Ins. Co.**
Lake App. No. 96-L-148. Reported at 85 Ohio St.3d 410, 709 N.E.2d 122. On motion for reconsideration/clarification. Motion denied.

COOK and LUNDBERG STRATTON, JJ., dissent.

**98–255.   Dupee v. Tracy.**
Board of Tax Appeals, No. 96–K–300. Reported at 85 Ohio St.3d 350, 708 N.E.2d 698. On motion for reconsideration. Motion denied.

**98–1157.   State v. Gillard.**
Stark App. No. CA6701. Reported at 85 Ohio St.3d 363, 708 N.E.2d 708. On motion for reconsideration. Motion denied.

**98–1755.   State ex rel. Schmieder v. Indus. Comm.**
Franklin App. No. 97APD05–662. Reported at 85 Ohio St.3d 389, 708 N.E.2d 1004. On motion for reconsideration by Daimler Chrysler Corporation. Motion denied.

RESNICK and COOK, JJ., dissent.

**99–123.   In re Estate of Silka.**
Lucas App. No. L–98–1057. Reported at 85 Ohio St.3d 1463, 709 N.E.2d 170. On motion for reconsideration. Motion denied.

DOUGLAS and RESNICK, JJ., not participating.

**99–191.   State v. Johnson.**
Hamilton App. No. C–980266. Reported at 85 Ohio St.3d 1464, 709 N.E.2d 170. On motion for reconsideration and motion to strike. Motions denied.